# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | Master File No. 12-md-02311<br>Honorable Sean F. Cox |
| IN RE: SWITCHES CASES | |
| THIS DOCUMENT RELATES TO: DIRECT PURCHASER ACTIONS | 2:13-cv-01301-SFC-RSW<br>2:17-cv-12338-SFC-RSW |

## ORDER APPROVING PROPOSED PLAN FOR DISTRIBUTION OF SETTLEMENT FUNDS

AND NOW, this 10th day of June, 2021, upon consideration of Direct Purchaser Plaintiffs' Proposed Plan for Distribution of the Settlement Funds received in the settlement with Nidec Mobility Corporation (formerly know as Omron Automotive Electronics Co., Ltd., and hereinafter referred to as "NMOJ") ("NMOJ Settlement Fund"), and following a duly noticed hearing on June 10, 2021, it is hereby ORDERED as follows:

1. The Court approves the Plan for Distribution of Settlement Funds set forth in the Notice of Proposed Settlement of Direct Purchaser Class Action with NMOJ and Hearing on Final Settlement Approval and Related Matters, and Claim Form, as a fair and reasonable method to calculate claims and to distribute the NMOJ Settlement Fund to NMOJ Settlement Class members.

2. The NMOJ Settlement Fund, with accrued interest, less any amounts approved by the Court for payment of attorneys' fees and litigation and settlement administration costs and expenses, and a service award for the Class Representative will be distributed *pro rata* among the members of the NMOJ Settlement Class who submit timely and valid Claim Forms. If a

settlement class member excludes itself from the NMOJ Settlement Class, it shall not receive a share of the NMOJ Settlement Fund.

**IT IS SO ORDERED.**

Dated: June 10, 2021

s/Sean F. Cox
Sean F. Cox
U. S. District Judge